# Court of Appeals, State of Michigan

# ORDER

Kurt C Nielsen v Safeguard Properties LLC

Docket No. 333244

LC No. 2015-149178-NZ

Christopher M. Murray
Presiding Judge

Karen M. Fort Hood

Elizabeth L. Gleicher
Judges

The Court orders that the November 9, 2017 opinion is hereby AMENDED to correct a clerical error in the caption information. The opinion caption is amended to correct the spelling of plaintiff-appellant's name to "Kurt C. Nielsen.".

In all other respects, the November 9, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 2 1 2017

_____
Date

_____
Chief Clerk